UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

05   11711 WGY

BETTY J. DOTY and                          )
WILLIAM C. DOTY,         MAGISTRATE JUDGE _Deu_
                                           )
Plaintiffs                                 )              COMPLAINT and
                                           )              DEMAND FOR JURY TRIAL
v.                                         )
                                           )              CIVIL ACTION NO. _____
FREEDOM CRUISE LINE, INC.,                 )
                                           )              RECEIPT # _____
Defendant                                  )              AMOUNT $_____
                                                          SUMMONS ISSUED
                                                          LOCAL RULE 4.1____
                                                          WAIVER FORM ____
                                                          MCF ISSUED____
                              INTRODUCTION                 BY DPTY. CLK.____
                                                          DATE _____

1.    This is an action for maritime personal injuries which occurred on September 10, 2004 while

      the plaintiffs, BETTY J. DOTY and her husband, WILLIAM C. DOTY, were passengers

      aboard the M/V FREEDOM, which was owned, operated, chartered and/or controlled by the

      defendant, FREEDOM CRUISE LINES, INC.

2.    The plaintiffs herein assert causes of action against the defendant, FREEDOM CRUISE

      LINES, INC. for personal injuries based upon negligence, loss of consortium, and a cause of

      action for punitive damages, all claims brought under the General Maritime Law.


                              JURISDICTION AND VENUE

3.    This court has jurisdiction pursuant to 28 U.S.C. § 1333(1), the General Maritime Law.

4.    Venue is proper pursuant to 28 U.S.C. § 1391(c).

## PARTIES

5.    The plaintiff, BETTY J. DOTY, is of legal age and resides in Philadelphia, Pennsylvania.

6.    The plaintiff, WILLIAM C. DOTY, is of legal age and resides with his wife in Philadelphia, Pennsylvania.

7.    The defendant, FREEDOM CRUISE LINE, INC., is a corporation duly organized in the Commonwealth of Massachusetts with its principal place of business at 702 Main Street in Harwich Port, Massachusetts and, at all relevant times, owned, maintained, financed, managed, operated, chartered and/or controlled the water vessel known as the M/V FREEDOM having a Vessel Identification Number 938253.

## FACTUAL ALLEGATIONS

8.    On September 10, 2004, the plaintiffs, BETTY J. DOTY and her husband, WILLIAM C. DOTY, were passengers aboard the defendant's vessel, the M/V FREEDOM which was transporting passengers for hire from Harwich Port, Massachusetts to Nantucket Island. At all relevant times, the vessel was in navigable waters and, while the plaintiffs were in the exercise of due care, Mrs. Doty sustained serious personal injuries due to the negligence of the defendant, its agents, servants and/or employees.

## COUNT I

### Betty J. Doty v. Freedom Cruise Line, Inc.
(General Maritime Law – Negligence)

9.    Paragraphs 1-8 are realleged and incorporated herein by reference.

2

10.   The injuries sustained by the plaintiff, BETTY J. DOTY, were due to no fault of her own, but were caused by the negligence of the defendant.

11.   As a result of said injuries, the plaintiff, BETTY J. DOTY, has suffered great pain of body and anguish of mind, incurred and continues to incur medical and hospital expenses, has lost time from her usual work and activities, and has suffered and will continue to suffer other damages as will be shown at the trial of this matter.

12.   This cause of action is brought for Negligence under the General Maritime Law.

## REQUEST FOR RELIEF

13.   That this court, under Count I, enter judgment in favor of the plaintiff, BETTY J. DOTY, against the defendant.

14.   For such other relief as this court deems appropriate.

## COUNT II

### William C. Doty v. Freedom Cruise Line, Inc.
(General Maritime Law – Loss of Consortium)

15.   Paragraphs 1-14 are realleged and incorporated herein by reference.

16.   At all times relevant herein the plaintiff, WILLIAM C. DOTY, was married to the plaintiff, BETTY J. DOTY.

17.   As a result of the plaintiff, BETTY J. DOTY's injury, WILLIAM C. DOTY has been deprived of his wife's services, support, society, affection, companionship and familial relations.

18.   This cause of action is brought for Loss of Consortium under the General Maritime Law.

3

## REQUEST FOR RELIEF

19.     That this court, under Count II, enter judgment in favor of the plaintiff, WILLIAM C. DOTY, against the defendant.

20.     For such other relief as this court deems appropriate.

## COUNT III

### Betty J. Doty v. Freedom Cruise Line, Inc.
(General Maritime Law – Punitive Damages)

21.     Paragraphs 1-20 are realleged and incorporated herein by reference.

22.      The conduct of the defendant demonstrated willful, wanton and reckless behavior and a conscious disregard for the plaintiff, BETTY J. DOTY's rights and safety.

23.     This cause of action is brought under the General Maritime Law for punitive damages.

## REQUEST FOR RELIEF

24.     That this court, under Count III, enter judgment in favor of the plaintiff, BETTY J. DOTY, against the defendant.

25.     For such other relief as this court deems appropriate.

4

## THE PLAINTIFFS REQUEST TRIAL BY JURY ON ALL COUNTS

Respectfully submitted,
BETTY J. DOTY and
WILLIAM C. DOTY,
By their attorney,

DAVID B. KAPLAN
**THE KAPLAN/BOND GROUP**
88 Black Falcon Avenue, Suite 301
Boston, MA 02210
(617) 261-0080
BBO# 258540

Dated: August 12, 2005

5

%JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
BETTY J. DOTY and WILLIAM C. DOTY

**DEFENDANTS**
FREEDOM CRUISE LINE, INC.

**(b)** County of Residence of First Listed Plaintiff   Philadelphia (PA)
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
David B. Kaplan, THE KAPLAN/BOND GROUP, 88 Black Falcon Avenue, Suite 301, Boston, MA 02210, (617) 261-0080

Attorneys (If Known)

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

◻ 1  U.S. Government Plaintiff

☒ 3  Federal Question
(U.S. Government Not a Party)

◻ 2  U.S. Government Defendant

☒ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ◻ 1 | ◻ 1 | Incorporated or Principal Place of Business In This State | ◻ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ◻ 2 | Incorporated and Principal Place of Business In Another State | ◻ 5 | ◻ 5 |
| Citizen or Subject of a Foreign Country | ◻ 3 | ◻ 3 | Foreign Nation | ◻ 6 | ◻ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ◻ 110 Insurance<br>◻ 120 Marine<br>◻ 130 Miller Act<br>◻ 140 Negotiable Instrument<br>◻ 150 Recovery of Overpayment & Enforcement of Judgment<br>◻ 151 Medicare Act<br>◻ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>◻ 153 Recovery of Overpayment of Veteran's Benefits<br>◻ 160 Stockholders' Suits<br>◻ 190 Other Contract<br>◻ 195 Contract Product Liability<br>◻ 196 Franchise<br>**REAL PROPERTY**<br>◻ 210 Land Condemnation<br>◻ 220 Foreclosure<br>◻ 230 Rent Lease & Ejectment<br>◻ 240 Torts to Land<br>◻ 245 Tort Product Liability<br>◻ 290 All Other Real Property | **PERSONAL INJURY**<br>◻ 310 Airplane<br>◻ 315 Airplane Product Liability<br>◻ 320 Assault, Libel & Slander<br>◻ 330 Federal Employers' Liability<br>☒ 340 Marine<br>◻ 345 Marine Product Liability<br>◻ 350 Motor Vehicle<br>◻ 355 Motor Vehicle Product Liability<br>◻ 360 Other Personal Injury<br>**CIVIL RIGHTS**<br>◻ 441 Voting<br>◻ 442 Employment<br>◻ 443 Housing/ Accommodations<br>◻ 444 Welfare<br>◻ 445 Amer. w/Disabilities - Employment<br>◻ 446 Amer. w/Disabilities - Other<br>◻ 440 Other Civil Rights | **PERSONAL INJURY**<br>◻ 362 Personal Injury - Med. Malpractice<br>◻ 365 Personal Injury - Product Liability<br>◻ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>◻ 370 Other Fraud<br>◻ 371 Truth in Lending<br>◻ 380 Other Personal Property Damage<br>◻ 385 Property Damage Product Liability<br>**PRISONER PETITIONS**<br>◻ 510 Motions to Vacate Sentence<br>**Habeas Corpus:**<br>◻ 530 General<br>◻ 535 Death Penalty<br>◻ 540 Mandamus & Other<br>◻ 550 Civil Rights<br>◻ 555 Prison Condition | ◻ 610 Agriculture<br>◻ 620 Other Food & Drug<br>◻ 625 Drug Related Seizure of Property 21 USC 881<br>◻ 630 Liquor Laws<br>◻ 640 R.R. & Truck<br>◻ 650 Airline Regs.<br>◻ 660 Occupational Safety/Health<br>◻ 690 Other<br>**LABOR**<br>◻ 710 Fair Labor Standards Act<br>◻ 720 Labor/Mgmt. Relations<br>◻ 730 Labor/Mgmt.Reporting & Disclosure Act<br>◻ 740 Railway Labor Act<br>◻ 790 Other Labor Litigation<br>◻ 791 Empl. Ret. Inc. Security Act | ◻ 422 Appeal 28 USC 158<br>◻ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>◻ 820 Copyrights<br>◻ 830 Patent<br>◻ 840 Trademark<br>**SOCIAL SECURITY**<br>◻ 861 HIA (1395ff)<br>◻ 862 Black Lung (923)<br>◻ 863 DIWC/DIWW (405(g))<br>◻ 864 SSID Title XVI<br>◻ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>◻ 870 Taxes (U.S. Plaintiff or Defendant)<br>◻ 871 IRS—Third Party 26 USC 7609 | ◻ 400 State Reapportionment<br>◻ 410 Antitrust<br>◻ 430 Banks and Banking<br>◻ 450 Commerce<br>◻ 460 Deportation<br>◻ 470 Racketeer Influenced and Corrupt Organizations<br>◻ 480 Consumer Credit<br>◻ 490 Cable/Sat TV<br>◻ 810 Selective Service<br>◻ 850 Securities/Commodities/ Exchange<br>◻ 875 Customer Challenge 12 USC 3410<br>◻ 890 Other Statutory Actions<br>◻ 891 Agricultural Acts<br>◻ 892 Economic Stabilization Act<br>◻ 893 Environmental Matters<br>◻ 894 Energy Allocation Act<br>◻ 895 Freedom of Information Act<br>◻ 900Appeal of Fee Determination Under Equal Access to Justice<br>◻ 950 Constitutionality of State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding  ◻ 2 Removed from State Court  ◻ 3 Remanded from Appellate Court  ◻ 4 Reinstated or Reopened  ◻ 5 Transferred from another district (specify)  ◻ 6 Multidistrict Litigation  ◻ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Brief description of cause:
Personal injury
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

## VII. REQUESTED IN COMPLAINT:
◻ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $   CHECK YES only if demanded in complaint:   JURY DEMAND: ☒ Yes  ◻ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):   JUDGE   DOCKET NUMBER

DATE   08/12/2005   SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only)   BETTY J. DOTY v. FREEDOM CRUISE LINE, INC.

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

| | | |
|---|---|---|
| ☐ | I. | 160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT. |
| ☐ | II. | 195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,  *Also complete AO 120 or AO 121 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 900.  for patent, trademark or copyright cases |
| ✓ | III. | 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891. |
| ☐ | IV. | 220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900. |
| ☐ | V. | 150, 152, 153. |

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
   None.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES ☐   NO ✓

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC §2403)

   YES ☐   NO ✓

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

   YES ☐   NO ✓

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

   YES ☐   NO ✓

   A.   If yes, in which division do all of the non-governmental parties reside?

   Eastern Division ☐      Central Division ☐      Western Division ☐

   B.   If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

   Eastern Division ✓      Central Division ☐      Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

   YES ☐   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   David B. Kaplan
ADDRESS   THE KAPLAN/BOND GROUP, 88 Black Falcon Avenue, Suite 301, Boston, MA 02210
TELEPHONE NO.   (617) 261-0080

(CategoryForm.wpd - 5/2/05)